UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

CASE NO.: 1:16-cv-00528-MHC

MICHAEL LAMBERT,

      Plaintiff,

vs.

BIG DADDY'S SOUTHERN CUISINE, INC.,
D/B/A BIG DADDY'S DISH and MARCUS SABIR,

      Defendants.
_____/

**STIPULATION OF DISMISSAL *WITHOUT PREJUDICE***

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel, that the above captioned action is voluntarily dismissed without prejudice against Defendants Big Daddy's Southern Cuisine, Inc., d//b/a Big Daddy's Dish and Marcus Sabir, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated December 1, 2016

| | |
|---|---|
| /s/  *James M. Loren* | /s/*Hillman J. Toombs* |
| Counsel for Plaintiff | Hillman J. Toombs, Esq. |
| James M. Loren, Esq. | 6338 Church Street |
| Goldberg & Loren, P.A. | Riverdale, GA 30274 |
| 100 S. Pine Island Rd. | Bar No. 714655 |
| Suite 132 | |
| Plantation, FL. 33324 | |
| Bar No. 551363 | |